## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions
*See* Exhibit A and Exhibit B for Action Schedules

### ORDER ON THE COOK DEFENDANTS' SECOND AMENDED MOTION TO DISMISS
### (Filing No. 10211)

Pursuant to Federal Rule of Civil Procedure 41(b), the court hereby dismisses the cases listed on the attached Exhibits A and B for failure to comply with the court's Order on the Cook Defendants' Motion For Screening Order And Bellwether Selection Plan (Filing No. 9322) and Order Regarding Case Categorization and Census (Filing No. 9638), entered on October 2 and November 21, 2018, respectfully. Exhibit A cases have no Case Categorization Form on file, and Exhibit B cases did not submit medical records in support of their Case Categorization Form. As to those cases, Cook's Motion to Dismiss (Filing No. 10211) is **GRANTED** and the cases are dismissed without prejudice. These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. No Plaintiff listed in Exhibit A or Exhibit B, however, may refile his or her case if the future claim is based solely on one of the

1

injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this court.  To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in MDL 2570 under this Order on the basis of that future injury.  If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, in MDL 2570, this dismissal will automatically convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.

**SO ORDERED** this 8th day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to registered counsel of record.

Service on all nonregistered counsel of record to be made by Plaintiffs' Lead Counsel.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION          MDL No. 2570

# EXHIBIT A

## SCHEDULE OF PLAINTIFFS THAT HAVE FAILED TO PRODUCE A CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Baylor, Sammy | 1:16-cv-00542 | BRANCH LAW FIRM |
| Campbell, Kurt & Tarjsha | 1:16-cv-00545 | BRANCH LAW FIRM |
| Hagadone, David & Kathy | 1:16-cv-00548 | BRANCH LAW FIRM |
| Ogden, Judith | 1:16-cv-00551 | BRANCH LAW FIRM |
| Scott, Olanda | 1:16-cv-00552 | BRANCH LAW FIRM |
| Hawes, Michael A. | 1:16-cv-00809 | HAUSFELD, LLP |
| Valvo, Heather & Mike | 1:16-cv-01285 | GIRARDI KEESE |
| Mills, Lois N. | 1:16-cv-01614 | GIRARDI KEESE |
| Quinones, Edwin | 1:16-cv-01635 | GIRARDI KEESE |
| Taubler, Samuel Joseph & Debra | 1:16-cv-01640 | GIRARDI KEESE |
| Ray, Richard | 1:16-cv-01848 | FEARS NACHAWATI, PLLC |
| Heise, Charles & Barbara | 1:16-cv-01937 | LOWE LAW GROUP |
| Skehan, Robert & Eunice | 1:16-cv-02045 | KEANE LAW LLC |
| Middlebrooks, Shameicka | 1:16-cv-02149 | KIRKLIN SOH, LLP |
| Holmes, Patricia | 1:16-cv-02172 | ANDRUS WAGSTAFF, PC |
| King, Crystal D. | 1:16-cv-02225 | ZONIES LAW LLC |
| Cunningham, James Richard & Angela Jeanne | 1:16-cv-02279 | PIERCE SKRABANEK BRUERA, PLLC |
| Simpson, Carmen & David | 1:16-cv-02290 | HENINGER GARRISON DAVIS, LLC |
| Rollman, Nichole Rae | 1:16-cv-02317 | LAW OFFICES OF HENRY S. QUEENER, III |
| Davidson, Ervin Eugene & Peggy Ann | 1:16-cv-02321 | LAW OFFICES OF HENRY S. QUEENER, III |

| | | |
|---|---|---|
| Ogle, Dotsy | 1:16-cv-02326 | LAW OFFICES OF HENRY S. QUEENER, III |
| Nelsen, Rosalee | 1:16-cv-02328 | LAW OFFICES OF HENRY S. QUEENER, III |
| Catchings, Fernita | 1:16-cv-02382 | GRAY & WHITE LAW |
| Major, Marilyn | 1:16-cv-02383 | GRAY & WHITE LAW |
| Ross, Cassandra | 1:16-cv-02385 | GRAY & WHITE LAW |
| Beal, Charles | 1:16-cv-02390 | LAW OFFICES OF HENRY S. QUEENER, III |
| Stephens, Donna Grace | 1:16-cv-02393 | |
| Thomson, Scott & Cheryl | 1:16-cv-02410 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Hopkins, Ronald | 1:16-cv-02656 | LOWE LAW GROUP |
| Contreras, Amanda | 1:16-cv-02693 | MORRIS LAW FIRM |
| Smith, Slater | 1:16-cv-02899 | GRAY & WHITE LAW |
| Hines, James D. | 1:16-cv-03135 | STATHIS & LEONARDIS, LLC |
| Wynkoop, Shannon | 1:16-cv-03406 | DALIMONTE RUEB LAW GROUP, LLP |
| Dukes, Shirley | 1:16-cv-03443 | PHELAN PETTY, PLC |
| Irving, John F. | 1:16-cv-03468 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Thomas, Mary (GA) | 1:16-cv-03521 | THE LUKE LAW FIRM |
| Hayes, Deandre & Shaynna | 1:16-cv-06032 | DIDRIKSEN LAW FIRM PLC |
| Lanzer, Jodi | 1:17-cv-00069 | GRAY & WHITE LAW |
| Cornew, John | 1:17-cv-00143 | ROXELL RICHARDS LAW FIRM |
| Slobodjian, Eric J. | 1:17-cv-00218 | KIRKENDALL DWYER LLP |
| Duffy, Elizabeth & Gary | 1:17-cv-00254 | ROXELL RICHARDS LAW FIRM |
| Keltee, Rogers William | 1:17-cv-00303 | GRAY & WHITE LAW |
| Gonzales, Caroline & Jose J. | 1:17-cv-00337 | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| Odom, Ethel | 1:17-cv-00388 | KIRKENDALL DWYER LLP |
| Elazab, Bonnie | 1:17-cv-00417 | THOMAS B. CALVERT, A PROFFESSIONAL LAW CORPORATION |
| Governale, Edna | 1:17-cv-00420 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Papierski, Chester | 1:17-cv-00434 | GRAY & WHITE LAW |
| Cremeans, Daris | 1:17-cv-00455 | FULMER SILL |
| Kratochvil, Barbie Lynn | 1:17-cv-00457 | FULMER SILL |
| Stafford, Sheila | 1:17-cv-00458 | FULMER SILL |
| Million, James | 1:17-cv-00530 | KIRKENDALL DWYER LLP |
| Dodd, Helene [ESTATE] | 1:17-cv-00537 | WARNER LAW OFFICES, PLLC |
| Parker, David | 1:17-cv-00692 | DOUGLAS, HAUN & HEIDEMANN, |

|  |  | P.C. |
|---|---|---|
| Okolish, Frank J. | 1:17-cv-00800 | FITTS LAW FIRM, PLLC |
| Halley, Belinda Sue | 1:17-cv-00971 | PIERCE SKRABANEK BRUERA, PLLC |
| Anders, Joseph Keith | 1:17-cv-01327 | BOWERSOX LAW FIRM, P.C. |
| Williams, Oritsematosan [ESTATE] | 1:17-cv-01347 | MCEWEN LAW FIRM LTD |
| Moore, Seth | 1:17-cv-01358 | EXCOLO LAW PLLC |
| Phillips, Ricky T. | 1:17-cv-01456 | KIRKENDALL DWYER LLP |
| Kenyon, Patrick | 1:17-cv-01479 | LOPEZ MCHUGH LLP |
| Mooney, Carol Ann | 1:17-cv-01551 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Beard, Pamela | 1:17-cv-01559 | FITTS LAW FIRM, PLLC |
| Neuhart, Pandora | 1:17-cv-01588 | JTB LAW GROUP, LLC |
| Craig, Joshua Rich | 1:17-cv-01697 | MORRIS//ANDERSON |
| Morris, Kathleen | 1:17-cv-01806 | ROXELL RICHARDS LAW FIRM |
| Perdue, Mark J. | 1:17-cv-01820 | EXCOLO LAW PLLC |
| McNally, Rose Bennett | 1:17-cv-01853 | SARANGI LAW, LLC |
| Smith, Sandy A. | 1:17-cv-01854 | SARANGI LAW, LLC |
| Fliestra, Stephanie | 1:17-cv-02239 | FITTS LAW FIRM, PLLC |
| Sollo, Florence | 1:17-cv-02269 | JACKSON ALLEN & WILLIAMS, LLP |
| Spindle, Linwood | 1:17-cv-02334 | FARRIS, RILEY, & PITT, L.L.P |
| Baker, Jada | 1:17-cv-02435 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Shockley, Saleea C. | 1:17-cv-02611 | FULMER SILL |
| Medeiros, Edward | 1:17-cv-02670 | JTB LAW GROUP, LLC |
| Parker, Betty L. [ESTATE] | 1:17-cv-02715 | PIERCE SKRABANEK BRUERA, PLLC |
| Bain, Betty | 1:17-cv-03085 | MILSTEIN JACKSON FAIRCHILD & WADE, LLP |
| Paciocco, Louis V. | 1:17-cv-03100 | FINE LAW FIRM |
| Cummings, Kennith | 1:17-cv-03311 | DAVIS BETHUNE & JONES, LLC |
| Wood, Margaret | 1:17-cv-03317 | RICHARD J. PLEZIA & ASSOCIATES |
| Aberman, Brenda | 1:17-cv-03341 | RICHARD J. PLEZIA & ASSOCIATES |
| McCain, Stephanie Lanita | 1:17-cv-03969 | WARNER LAW OFFICES, PLLC |
| Rodriguez, Alma | 1:17-cv-04171 | MORRIS//ANDERSON |
| Craft, Kristi | 1:17-cv-04200 | MORRIS//ANDERSON |
| Auerbach, Benjamin | 1:17-cv-04218 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Sylvain, Perry | 1:17-cv-04339 | MORRIS//ANDERSON |

| | | |
|---|---|---|
| Vaughan, Larry John Jr. | 1:17-cv-04340 | MORRIS//ANDERSON |
| Cooper, James | 1:17-cv-04345 | MORRIS//ANDERSON |
| Hayden, James & Carol | 1:17-cv-04443 | THORNTON LAW FIRM LLP |
| Goodrow, Netitia | 1:17-cv-04692 | GUAJARDO & MARKS, LLP |
| Mattingly, John | 1:17-cv-04708 | ANDRUS WAGSTAFF, PC |
| King, Martrie [ESTATE] | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Foley, Maureen A. | 1:17-cv-06074 | SUSAN E. LOGGANS & ASSOCIATES, P.C. |
| Sauls, Lillie | 1:18-cv-00081 | THE SPENCER LAW FIRM |
| Cochran, Teresita | 1:18-cv-00098 | VAN WEY LAW, PLLC |
| French, Darin | 1:18-cv-00103 | VAN WEY LAW, PLLC |
| Keeler, Travis | 1:18-cv-00223 | KRAUSE & KINSMAN, LLC |
| Trepus, Marvin | 1:18-cv-00412 | PIERCE SKRABANEK BRUERA, PLLC |
| Walker, Teresa | 1:18-cv-00516 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Hightower, Oscar | 1:18-cv-00568 | NELSON BUMGARDNER, P.C. |
| Wills, Tammy and Gregory | 1:18-cv-00569 | NELSON BUMGARDNER, P.C. |
| Schermerhorn, Arthur Wayne and Andrena | 1:18-cv-00647 | MORRIS//ANDERSON |
| Milke, Theresa [ESTATE OF] | 1:18-cv-00675 | SEIDMAN MARGULIS & FAIRMAN, LLP |
| Helmer, Elizabeth | 1:18-cv-00978 | KRAUSE & KINSMAN, LLC |
| Zart, Frank J. | 1:18-cv-01461 | GOLDBERG & OSBORNE LLP |
| Schatzman, Galen Page | 1:18-cv-01833 | MORRIS//ANDERSON |
| Stewart, Carmen | 1:18-cv-01840 | THE MONSOUR LAW FIRM |
| Davis, Betsy | 1:18-cv-01879 | KIRKENDALL DWYER LLP |
| Cornin-Simeon, Pamela | 1:18-cv-01916 | GUAJARDO & MARKS, LLP |
| Hayes, Kevin S. and Eva | 1:18-cv-01996 | GOLDBERG & OSBORNE LLP |
| Jones, Richard and Deborah | 1:18-cv-02150 | REICH & BINSTOCK, LLP |
| Marchionne, Mark | 1:18-cv-02245 | REICH & BINSTOCK, LLP |
| Galvez, Christopher | 1:18-cv-02309 | JOHNSON LAW GROUP |
| Pezzotti, Lillian | 1:18-cv-02326 | MORRIS LAW FIRM |
| Gil, Nilda | 1:18-cv-02498 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| O'Brien, Nicki | 1:18-cv-02500 | KIRKENDALL DWYER LLP |
| Cullum, Troy [ESTATE OF] | 1:18-cv-02739 | DI PIETRO PARTNERS, LLP |
| Oakley, Talisha | 1:18-cv-02837 | GUAJARDO & MARKS, LLP |
| Steele, Charlene | 1:18-cv-02995 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC |
| Cropp, Benjamin Jr. | 1:18-cv-03003 | KIRKENDALL DWYER LLP |

| Peters, Angela | 1:18-cv-03094 | LEVY BALDANTE FINNEY & RUBENSTEIN, PC |
| Reese, Beth | 1:18-cv-03520 | DI PIETRO PARTNERS, LLP |
| Kay, Christine | 1:18-cv-06089 | EASTON & EASTON, LLP |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION            MDL No. 2570

**EXHIBIT B**

**SCHEDULE OF PLAINTIFFS THAT HAVE FAILED TO PRODUCE RECORDS IN SUPPORT OF THEIR CATEGORIZATION FORM**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Evans, Charles | 1:15-cv-01604 | CURTIS LAW GROUP |
| Cook, Sharon | 1:15-cv-01605 | CURTIS LAW GROUP |
| Booth, Kenneth D. [ESTATE] | 1:15-cv-06027 | THE MILLER FIRM LLC |
| Williams, Gregory | 1:16-cv-01163 | GOMEZ TRIAL ATTORNEYS |
| Breniman, Daryl | 1:16-cv-01252 | SHAW COWART, LLP |
| Trahan, Terry & Rene Jr. | 1:16-cv-01318 | THE MILLER FIRM LLC |
| Jolley, Jevon | 1:16-cv-01534 | THE MILLER FIRM LLC |
| Hogan, Evita | 1:16-cv-01762 | THE MILLER FIRM LLC |
| Anger, Charles & Marilyn | 1:16-cv-01767 | BACHUS & SCHANKER, LLC |
| Scott, Darel & Goldie | 1:16-cv-01771 | BACHUS & SCHANKER, LLC |
| Payne, Bobbie & William T., Jr. | 1:16-cv-01801 | RILEY WILLIAMS & PIATT, LLC |
| Brown, Cooper | 1:16-cv-02350 | SHAW COWART, LLP |
| Taylor, Mary | 1:16-cv-02469 | THE TUTTLE LAW FIRM |
| Horton, Wallace | 1:16-cv-02505 | BACHUS & SCHANKER, LLC |
| Green, Mickie A. | 1:16-cv-02713 | LAW OFFICES OF HOWARD A. SNYDER |
| Gomez, Gabriel | 1:16-cv-02949 | BACHUS & SCHANKER, LLC |
| Gilbert, LaVerne & Joseph | 1:16-cv-02951 | BACHUS & SCHANKER, LLC |
| Luscomb, Joann | 1:16-cv-02953 | BACHUS & SCHANKER, LLC |
| Martin, Patrick & Nelson, Marchell | 1:16-cv-02954 | BACHUS & SCHANKER, LLC |
| Staten, Dave | 1:16-cv-02956 | BACHUS & SCHANKER, LLC |
| Hagins, Harold V. Jr. | 1:16-cv-03089 | SHAW COWART, LLP |
| McCall, Kenda | 1:16-cv-03253 | BACHUS & SCHANKER, LLC |

| | | |
|---|---|---|
| Dyer, Earlene R. | 1:16-cv-03299 | SHAW COWART, LLP |
| Hernandez, Timothy Ryan | 1:16-cv-03433 | MURRAY LAW FIRM |
| Duquette, David | 1:17-cv-00020 | THE MILLER FIRM LLC |
| Peacock, Robin | 1:17-cv-00159 | THE GALLAGHER LAW FIRM PLLC |
| Pierite, Harold | 1:17-cv-00357 | ANDRUS WAGSTAFF, PC |
| Dickens, Matthew | 1:17-cv-01239 | THE MILLER FIRM LLC |
| Kidder, Barbara | 1:17-cv-01705 | THE MILLER FIRM LLC |
| Lewis, Lois D. | 1:17-cv-01728 | ANDRUS WAGSTAFF, PC |
| Ohler, Albert | 1:17-cv-01753 | THE MILLER FIRM LLC |
| Parsons, James | 1:17-cv-01754 | THE MILLER FIRM LLC |
| Robinson, Jason | 1:17-cv-01773 | THE MILLER FIRM LLC |
| Steele, Michael | 1:17-cv-01774 | THE MILLER FIRM LLC |
| Williams, Amy | 1:17-cv-01790 | THE MILLER FIRM LLC |
| Hanna, Sandra A. | 1:17-cv-02173 | BUBALO GOODE SALES & BLISS, PLC |
| Roy, Susan and Michael | 1:17-cv-02179 | BROWN & CROUPPEN, P.C. |
| Ingram, Shante S. | 1:17-cv-02343 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Crabill, Linda | 1:17-cv-02405 | SHAW COWART, LLP |
| Robinson, Robert (GT 2623) | 1:17-cv-02623 | CURTIS LAW GROUP |
| Anderson, Timothy | 1:17-cv-02667 | RICHARD J. PLEZIA & ASSOCIATES |
| Ojeda, Aldeheid | 1:17-cv-02703 | RICHARD J. PLEZIA & ASSOCIATES |
| Williams, Joyce | 1:17-cv-02776 | RICHARD J. PLEZIA & ASSOCIATES |
| Brady, Randall E. Sr. | 1:17-cv-02793 | MOTLEY RICE LLC |
| Miller, Marissa | 1:17-cv-02880 | ANDRUS WAGSTAFF, PC |
| George, David E. | 1:17-cv-02957 | BERTRAM & GRAF, L.L.C. |
| Grove, Annetta | 1:17-cv-02987 | DAVIS BETHUNE & JONES, LLC |
| Griffin, Shirley | 1:17-cv-03120 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Laufer, Daniel | 1:17-cv-03163 | ANDRUS WAGSTAFF, PC |
| Stewart, John | 1:17-cv-03318 | DAVIS BETHUNE & JONES, LLC |
| Green, Judith | 1:17-cv-03477 | THE MILLER FIRM LLC |
| Dixon, Patricia | 1:17-cv-03495 | CELLINO & BARNES, P.C. |
| Matoushek, Ann and Robert | 1:17-cv-03563 | CELLINO & BARNES, P.C. |
| Pauley, Tressa | 1:17-cv-03577 | RICHARD J. PLEZIA & ASSOCIATES |
| Caynor, Rhonda | 1:17-cv-03651 | GOMEZ TRIAL ATTORNEYS |
| Orszulak, Ronald S. | 1:17-cv-04031 | CELLINO & BARNES, P.C. |

9

| | | |
|---|---|---|
| Ziaja, Paul | 1:17-cv-04097 | CURTIS LAW GROUP |
| Sarkisian, Zvart | 1:17-cv-04607 | CELLINO & BARNES, P.C. |
| Nunn, Chris | 1:18-cv-00088 | RICHARD J. PLEZIA & ASSOCIATES |
| Garcia, Jorge | 1:18-cv-00113 | CURTIS LAW GROUP |
| Powers, Mark | 1:18-cv-00235 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Feather, Richard T. | 1:18-cv-00405 | CELLINO & BARNES, P.C. |
| Melton, Kenneth | 1:18-cv-00567 | THE MILLER FIRM LLC |
| Hudson, Lue Ethel | 1:18-cv-00921 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hendrix, Fred | 1:18-cv-00930 | MCGLYNN, GLISSON & MOUTON |
| Rose, Justin | 1:18-cv-01410 | SNYDER AND WENNER, P.C. |
| Blair, Jr., Pearlie | 1:18-cv-01438 | BERTRAM & GRAF, L.L.C. |
| Hood, Charlene | 1:18-cv-01825 | CURTIS LAW GROUP |
| Vasquez, Jeanette | 1:18-cv-01865 | CURTIS LAW GROUP |
| Wendt, William | 1:18-cv-03283 | THE MILLER FIRM LLC |
| Scott, Roy and Helen V. | 1:18-cv-03559 | FEARS NACHAWATI, PLLC |